```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION


WILLIE MCGREGORY, SR. AND
LUCY MCGREGORY                                          PLAINTIFFS

VS.                            CIVIL ACTION NO. 3:06CV561TSL-JCS

THE CITY OF JACKSON, MISSISSIPPI,
ET AL.                                                  DEFENDANTS
```

## JUDGMENT

In accordance the court's memorandum opinion and order entered this date granting summary judgment in favor of the municipal defendants, and the September 9, 2008 order dismissing without prejudice the claims against the individual defendants, it is ordered and adjudged that plaintiffs' complaint in this cause is dismissed with prejudice as to the municipal defendants and without prejudice as individual defendants.

SO ORDERED AND ADJUDGED this 11th day of September, 2008.


                              /s/ Tom S. Lee
                              UNITED STATES DISTRICT JUDGE