IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

WILLIE MCGREGORY, SR. AND               PLAINTIFFS
AND LUCY MCGREGORY

VS.                    CIVIL ACTION NO. 3:06CV561TSL-JCS

THE CITY OF JACKSON, ET AL.             DEFENDANTS

### AMENDED JUDGMENT

It is ordered that the judgment entered on September 12, 2008, is amended nunc pro tunc, to include defendant's costs allowed by this court and by the Fifth Circuit.

Defendant City Jackson is awarded $758.80 in costs from plaintiffs.

SO ORDERED AND ADJUDGED this 6th day of October, 2009.

                                           /s/ Tom S. Lee
                                         UNITED STATES DISTRICT JUDGE